IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | Case No. 12-22722 MER |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee, | ) | Adv. Proc. No. 14-1296-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that John C. Smiley of Lindquist & Vennum LLP enters his appearance on behalf of Harvey Sender, as Chapter 7 Trustee. Pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure and L.B.R. 9010-1(f), the undersigned requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon the following:

John C. Smiley, Esq.
LINDQUIST & VENNUM LLP
600 17th Street, Suite 1800-South
Denver, CO 80202
Telephone: (303) 454-0508
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com

Respectfully submitted this 6th day of August, 2014

LINDQUIST & VENNUM LLP

By: /s/ *John C. Smiley*
     John C. Smiley, #16210
600 17th Street, Suite 1800 South
Denver, CO 80202-5441
Telephone: (303) 454-0508
Facsimile: (303) 573-1956
E-mail:  jsmiley@lindquist.com

Counsel for Harvey Sender, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 6, 2014, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was served via US Mail, first class postage prepaid, addressed to the following parties:

Gary Brown
6687 West Portland Avenue
Littleton, CO 80128

                                                */s/ Brandon Blessing*
                                                Brandon Blessing